IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| NATASHA JONES | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO_____ |
| | § | |
| UNITED PROPERTY & CASUALTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
|     Defendant. | § | |

**DEFENDANT UNITED PROPERTY AND CASUALTY INSURANCE COMPANY'S
NOTICE OF REMOVAL**

Defendant United Property and Casualty Insurance Company ("UPC") files this Notice of Removal:

**I.
BACKGROUND**

1.1    On September 11, 2018, Plaintiff Natasha Jones ("Plaintiff") filed this lawsuit in Galveston County, Texas against UPC.

1.2    Plaintiff served UPC with a copy of the Original Petition on September 13, 2018. To date, no jury demand has been made.

1.3    UPC files this notice of removal within 30 days of receiving Plaintiff's initial pleading. *See* 28 U.S.C. § 1446(b). In addition, this Notice of Removal is being filed within one year of the commencement of this action. *See id.*

1.4    All process, pleadings, and orders in the state court action are attached to this Notice as required by 28 U.S.C. § 1446(a). A copy of this Notice is also concurrently being filed with the state court and served upon Plaintiff.

1.5     As required by 28 U.S.C. § 1446(a), and Rule 81 of the Local Rules for the United States District Court of the Southern District of Texas, the following is attached to this Notice of Removal:

**Exhibit A:**   Index of Matters Being Filed

**Exhibit B:**   Case Summary Sheet

**Exhibit C:**   Plaintiff's Original Petition

**Exhibit D:**   Civil Case Information Sheet

**Exhibit E:**   Civil Process Request for UPC

**Exhibit F:**   Status Conference Notice

**Exhibit G:**   Citation and Certified Mail Receipt for UPC

**Exhibit H:**   Notice of Case Setting/Action – Status Conference

**Exhibit I:**   Defendant UPC's Original Answer to Plaintiff's Original Petition

**Exhibit J:**   List of Parties and Counsel

1.6     Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division embrace Galveston County, Texas, the place where the removed action has been pending.

## II.
## BASIS FOR REMOVAL

2.1     Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a), 1441(a) and 1446. This is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

**A.     The Proper Parties Are Of Diverse Citizenship.**

2.2     Plaintiff is, and was at the time the lawsuit was filed, a resident and citizen of Texas.

2.3     UPC was, at the time this action commenced, and still is, a foreign (Florida) property and casualty insurance company authorized to do business in the State of Texas. UPC is organized under Chapter 982 of the Texas Insurance Code.

2.4     Because Plaintiff is a citizen of Texas and UPC is a citizen of Florida, complete diversity of citizenship exists among the parties.

**B.      The Amount in Controversy Exceeds $75,000.00.**

2.5     This is a civil action in which the amount in controversy exceeds $75,000.00. Plaintiff alleges that UPC is liable under a residential insurance policy because Plaintiff made a claim under that policy and UPC wrongfully adjusted Plaintiff's claim. Plaintiff seeks actual damages, treble damages, statutory interest and penalties, court costs, and attorney's fees. Plaintiff's Petition states that "Plaintiff currently seeks monetary relief over $100,000, but not more than $200,000". Because it is clear from the face of the Petition that Plaintiff's alleged damages exceed $75,000.00, removal is proper.

### III.
### CONCLUSION AND PRAYER

3.1     Accordingly, all requirements are met for removal under 28 U.S.C. §§ 1332 and 1441.  UPC hereby removes this case to this Court for trial and determination.

`

Respectfully submitted,

*/s/ Rhonda J. Thompson*
**RHONDA J. THOMPSON, ATTORNEY-IN-CHARGE**
rthompson@thompsoncoe.com
State Bar No. 24029862
Southern District No.: 17055
**DREW A. JONES**
drew.jones@thompsoncoe.com
State Bar No. 24083269
Southern District No.: 2078317

THOMPSON, COE, COUSINS & IRONS, LLP.
700 N. Pearl Street, 25th Floor
Dallas, Texas  75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by electronic notice and/or facsimile to the following counsel on October 11, 2018:

James Willis
Richard D. Daly
DALY & BLACK, PC
2211 Norfolk Street, Suite 800
Houston, Texas  77098
Fax: (713) 655-1587
jwillis@dalyblack.com
rdaly@dalyblack.com
ecfs@dalyblack.com
*Attorneys for Plaintiff*

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson