Case 3:18-cv-00328   Document 14   Filed on 12/16/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 16, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| NATASHA JONES | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO: 3:18-cv-00328 |
| | § | |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY, | § § | |
| | § | |
| Defendant. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Natasha Jones and Defendant United Property & Casualty Insurance Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs, if any.

Respectfully submitted,

By: /s/ *James Winston Willis (w/ permission)*
Richard D. Daly
Southern District Bar No. 20706
State Bar No. 00796429
James W. Willis
Southern District Bar No. 2553513
State Bar No. 24088654
2211 Norfolk Street, Suite 517

**DALY & BLACK, P.C.**
Houston, Texas 77098
Tel: (713) 655-1405
Fax: (713) 655-1587
rdaly@dalyblack.com
jwillis@dalyblack.com

**ATTORNEYS FOR PLAINTIFF**

AND

/s/ *Rhonda J. Thompson*
**RHONDA J. THOMPSON, ATTORNEY-IN-CHARGE**
rthompson@thompsoncoe.com
State Bar No. 24029862
Southern District No.: 17055
**DREW A. JONES**
drew.jones@thompsoncoe.com
State Bar No. 24083269
Southern District No.: 2078317

THOMPSON, COE, COUSINS & IRONS, LLP.
700 N. Pearl Street, 25th Floor
Dallas, Texas  75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by electronic notice and/or facsimile to the following counsel on December 13, 2019:

Richard D. Daly
rdaly@dalyblack.com
James Willis
jwillis@dalyblack.com
**Daly & Black, P.C.**
2211 Norfolk Street, Suite 800
Houston, TX 77098
Facsimile:  (713)655-1587
*Counsel for Plaintiff*

/s/ *Drew A. Jones*
Drew A. Jones

The stipulation is accepted by the Court, and the lawsuit is hereby **DISMISSED WITH PREJUDICE** to refiling.  Each party shall bear its own costs, if any.

SIGNED at Galveston, Texas on this 16th day of December, 2019.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE